UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cr-20104-JB

UNITED STATES OF AMERICA,

Plaintiff,

v.

JHON JADER ANDELA,

Defendant.

---

**DEFENDANT JHON JADER ANDELA'S**
**MOTION TO APPROVE SECOND-CHAIR COUNSEL**

Defendant JHON JADER ANDELA (Mr. Andela), by and through his undersigned attorney, files this Motion to Approve Second-Chair Counsel, and in support thereof, states as follows:

1. Mr. Andela is charged in Counts 1, 2 and 3 of the Sixth Superseding Indictment. Each count carries a maximum sentence of life imprisonment.

2. The charges arise from the 2021 assassination of Haitian President Jovenel Moïse in Haiti.

3. Mr. Andela, a Colombian national, was brought to this District from Haiti on September 20, 2026, and made his initial appearance on September 21, 2026.



**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

4. On September 21, 2026, undersigned counsel was appointed to represent Mr. Andela pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. (See [DE 1927).

5. Five defendants from this indictment have already been to trial. That trial lasted approximately 42 days and, given the complexity of the case, all five of them had at least two attorneys representing them.

6. This case will include voluminous discovery, as reported by the Government in a recent email: "Excluding the physical evidence, this case involves over 85 TB of information and data, with over 150 digital devices and more than 500 witness interviews."

7. On April 27, 2022, this Court found this prosecution complex. (See [DE 21] PAPERLESS ORDER).

8. This District's plan provides: "More than one attorney may be appointed in any case determined by the court to be complex." S.D. Fla. CJA Plan § VI.D (rev. May 2024).

9. The Judicial Conference guidelines allow appointment of an additional attorney "[i]n an extremely difficult case where the court finds it in the interest of justice." Guide to Judiciary Policy, Vol. 7A, ch. 2, § 230.53.20(a).

10. Consequently, Mr. Andela and the undersigned respectfully request



**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

that the Court approve Danise Ponton, Esq., as Second-Chair in this case.

11. Ms. Ponton, a 2004 graduate of Stetson University College of Law, has been a Member in Good Standing of The Florida Bar since 2004. (Bar Number: 862541); has been admitted to practice in this District since July 11, 2008, and has been admitted to the Eleventh Circuit Court of Appeals since August 22, 2019.

12. Ms. Ponton would bring a wealth of experience to this case. Her practice is almost exclusively limited to criminal defense; she has been a member of this District's CJA Panel since 2019; she has been appointed as lead CJA counsel in over 40 cases, and has been lead counsel in 40 State criminal jury trials.

13. Therefore, Ms. Ponton's education and her experience in criminal defense advocacy, trial preparation and client representation, makes her well-suited to serve in this role.

## CERTIFICATE OF GOOD FAITH CONFERRAL

14. The undersigned conferred with Assistant United States Attorney Sean McLaughlin, who indicated that the Government takes no position as to the relief requested in this Motion.

**WHEREFORE**, the Defendant and undersigned counsel respectfully request that this Honorable Court grant Defendant's Motion to Approve



**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

Second-Chair Counsel; approve the appointment of Danise Ponton, Esq., as Second-Chair defense counsel in this case; and authorize her compensation as second-chair counsel under Chapter 2, § 230.16(b) of the Criminal Justice Act (CJA) Guidelines.

**DATED** September 28, 2026.

Respectfully submitted,

**Donet, McMillan &Trontz, P.A.**

By: /s/ David A. Donet, Jr.
David A. Donet, Jr., Esq.
Florida Bar No.: 128910
Attorney for Defendant Jhon Jader Andela

[Certificate of Service on Next Page]



**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 28, 2026, undersigned counsel electronically filed the foregoing Defendant's Motion to Approve Second-Chair Counsel with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record registered therein and that a copy thereof has been emailed to Danise Ponton, Esq., at danise.ponton@gmail.com.

**Donet, McMillan &Trontz, P.A.**

By: /s/ David A. Donet, Jr.
David A. Donet, Jr., Esq.
Florida Bar No.: 128910
Attorney for Defendant Jhon Jader Andela
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: (305) 444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com