UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cr-20104-JB

UNITED STATES OF AMERICA,

Plaintiff,

v.

JHON JADER ANDELA,

Defendant.

---

**ORDER GRANTING**
**DEFENDANT JHON JADER ANDELA'S**
**MOTION TO APPROVE SECOND-CHAIR COUNSEL**

**THIS CAUSE** came before the Court on the [DE ] Motion to Approve Second-Chair Counsel filed by Defendant JHON JADER ANDELA; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

Danise Ponton, Esq. (Florida Bar No.: 862541) is hereby appointed as Second-Chair defense counsel for Defendant JHON JADER ANDELA in this case.

Ms. Ponton shall be compensated from CJA funds at the prevailing hourly rate under this District's Criminal Justice Act (CJA) Plan, as set forth in Chapter 2, § 230.16(b) of the Criminal Justice Act Guidelines.

**DONE AND ORDERED** in the Southern District of Florida on _______________, 2026.

_______________________________
**HON. JACQUELINE BECERRA**
United States District Judge

Copies to Counsel of Record
and to Danise Ponton, Esq.