UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cr-20104-JB

UNITED STATES OF AMERICA,

Plaintiff,

v.

JHON JADER ANDELA,

Defendant.

______________________________________

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ORDER INSTRUCTING FDC MIAMI TO FACILITATE IN-PERSON ATTORNEY-CLIENT VISITS WITH CLIENT/INMATE**

THIS CAUSE came before the Court on Defendant's [DE ] Unopposed Motion for an Order Instructing FDC Miami to Facilitate In-Person Attorney-Client Visits With Client/Inmate; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED.**

The Federal Bureau of Prisons is hereby directed and required to provide Defendant JHON JADER ANDELA (Register No.: 52725-506) and his defense counsel during visiting hours, upon Defense counsel's request, full access to a private conference room designated for attorney visits without a glass partition separating defense counsel from Mr. Andela at FDC Miami, or at any other facility in which Mr. Andela may be housed pending trial.

**DONE AND ORDERED** at the United States District Courthouse at Miami, Florida, on this _________ day of _________________, 2026.

______________________________
**HON. JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record.