IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA

Plaintiff,

VS.

ENALBER VARGAS GOMEZ,

Defendant.

---

**MOTION TO ADOPT DEFENDANT JHON JADER ANDELA'S UNOPPOSED MOTION FOR AN ORDER INSTRUCTING FDC MIAMI TO FACILITATE IN-PERSON ATTORNEY-CLIENT VISITS WITH CLIENT/INMATE**

Defendant, Enalber Vargas Gomez, through counsel, respectfully request that the Court allow him to adopt Defendant Jhon Jader Andela's Unopposed Motion for an Order Instructing FDC MIAMI to Facilitate In-Person Attorney-Client Visits with Client/Inmate. Mr. Vargas Gomez is similarly situated at FDC MIAMI, and for this reason counsel hereby files this Motion to Adopt, and seeks the same relief.

Respectfully submitted,

/s/ Marc David Seitles

Marc David Seitles
Fla. Bar No. 0178284

**Law Offices of Marc David Seitles, P.A.**
Museum Tower
200 S. Andrews Avenue, Suite 900
Ft. Lauderdale, Fl 33301
Tel: (954) 548-3350
Email: mseitles@seitleslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Marc David Seitles
Marc David Seitles, Esq.