IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA

Plaintiff,

VS.

ENALBER VARGAS GOMEZ,

Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION TO ADOPT DEFENDANT JHON JADER ANDELA'S UNOPPOSED MOTION FOR AN ORDER INSTRUCTING FDC MIAMI TO FACILITATE IN-PERSON ATTORNEY-CLIENT VISITS WITH CLIENT/INMATE**

THIS CAUSE came before the Court on Defendant, Enalber Vargas Gomez', Motion to Apdot Co-Defendant, Jhon Jader Andela's Motion [DE 2023], and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

ORDERED AND ADJUDGED that the motion is GRANTED.

The Federal Bureau of Prisons is hereby directed and required to provide Defendant Enalber Vargas Gomez, Register Number.: 52724-506 and his defense counsel during visiting hours, upon Defense counsel's request, full access to a private conference room designated for attorney visits without a glass partition separating defense counsel from Mr. Vargas Gomez at FDC Miami, or at any other facility in which Mr. Vargas Gomez may be housed pending trial.

DONE AND ORDERED at the United States District Courthouse at Miami, Florida, on this ____ day of October, 2026.

______________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**